No. 4,961.—STATE EX REL. SANTO MAROZZO, RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for Writ of Prohibition to the District Court of Silver Bow County, and W. E. Carroll, a Judge thereof, to review an order granting a change of venue.

Decided November 5, 1921.

PER CURIAM.—The application of relator for writ of prohibition is, after due consideration, denied.

*Mr. M. S. Galasso* and *Mr. N. A. Rotering,* for Relator.